# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MERIDIAN CHEMICALS, LLC &** | * | |
| **ASPEN SPECIALTY INSURANCE CO.** | | **CIVIL ACTION NO.: 3:18-cv-0002** |
| | * | |
| **VERSUS** | | **JUDGE SHELLY D. DICK** |
| | * | |
| **TORQUE LOGISTICS, LLC &** | | **MAG. ERIN WILDER-DOOMES** |
| **KINSALE INSURANCE CO.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT come Plaintiffs, Meridian Chemicals, LLC and Aspen Specialty Insurance Co. (collectively, "Plaintiffs") and move this Court to enroll Michael R. Dodson as additional counsel of record. Plaintiffs, and their originally enrolled counsel, James M. Garner and Joshua S. Force, consent to such enrollment. Plaintiffs are aware of this motion and it is entered with their knowledge.

WHEREFORE, Plaintiffs pray that their Motion be deemed good and sufficient and that Michael R. Dodson be added as additional counsel of record for Plaintiffs.

*Signature on next page*

Respectfully submitted,

 */s/ James M. Garner*
JAMES M. GARNER #19589
JOSHUA S. FORCE #21975
MICHAEL R. DODSON #37450
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300

**ATTORNEYS FOR MERIDIAN CHEMICALS, LLC & ASPEN SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, and/or facsimile, and/or email, properly addressed and postage prepaid, this 30th day of January, 2018.

 */s/ James M. Garner*
JAMES M. GARNER