UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERIDIAN CHEMICALS, LLC &** * | |
| **ASPEN SPECIALTY INSURANCE CO.** | **CIVIL ACTION NO.: 3:18-cv-0002** |
| * | |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| * | |
| **TORQUE LOGISTICS, LLC &** | **MAG. ERIN WILDER-DOOMES** |
| **KINSALE INSURANCE CO.** * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that the Motion is GRANTED and that Michael R. Dodson (Louisiana Bar No. 37450) shall be and is hereby enrolled as additional counsel of record for Plaintiffs, Meridian Chemicals, LLC and Aspen Specialty Insurance Co. in this matter.

Signed this _____ day of _____, 2018.

_____
HONORABLE   SHELLY   D.   DICK
UNITED STATES DISTRICT JUDGE